445 A.2d 201

Commonwealth v. Pope, Appellant.

Petition for Allowance of Appeal Denied July 1, 1982.

Submitted February 18, 1981. William A. Fitzpatrick, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and VAN der VOORT, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of Judge James D. McCrudden.